*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:   November 12, 2015                    520742
_____

In the Matter of the Claim of
    JANET L. ROTH,
                    Appellant.

HART ASSOCIATES OF SPRINGVILLE
    INC.,                                    MEMORANDUM AND ORDER
                    Respondent.

COMMISSIONER OF LABOR,
                    Respondent.
_____

Calendar Date:   September 22, 2015

Before:   Lahtinen, J.P., McCarthy, Egan Jr. and Devine, JJ.

                    _____


        Janet L. Roth, Gowanda, appellant pro se.

        Eric T. Schneiderman, Attorney General, New York City
(Bessie Bazile of counsel), for Commissioner of Labor,
respondent.

                    _____


        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed July 17, 2014, which ruled that claimant was
disqualified from receiving unemployment insurance benefits
because she voluntarily left her employment without good cause.

        Decision affirmed.  No opinion.

-2-                    520742

Lahtinen, J.P., McCarthy, Egan Jr. and Devine, JJ., concur.


ORDERED that the decision is affirmed, without costs.




                    ENTER:


                    Robert D. Mayberger
                    Clerk of the Court